IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIANE L. BRUCE,                          :
                                         :
    Plaintiff,                           :        CIVIL ACTION NO.
                                         :        1:24-cv-02085-LMM-JSA
v.                                       :
                                         :
EXPERIAN INFORMATION                     :
SOLUTIONS, INC.,                         :
                                         :
                                         :
    Defendant.                           :
                                         :

## **ORDER**

On August 1, 2024, Plaintiff in this matter notified the Court that the parties have reached a settlement and that they intend to file a dismissal in the near future. Dkt. No. [3]. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner.  The parties may move to re-open an administratively closed case at any time.

2

**IT IS SO ORDERED** this 2nd day of August, 2024.

_____

**Leigh Martin May**
**United States District Judge**

2